that the machinegun was not for a criminal purpose."

Had the machine gun been found in defendant's machine shop, for example, we would have a different setting from the one presented. It is undeniable, however, the evidence in this case is that defendant was transporting a partially hidden machine gun for an unexplained reason. It is also undeniable that when the gun was discovered, it already had been modified and the "challenge" had been met, thus leaving no logical connection between the defendant's excuse for possession and the fact the gun was being transported without reason. When these facts are coupled with Mr. Warner's threat to use a gun, even if there could have been a legal reason to accept his sentencing theory, no factual basis supports its application.

The sentence is **REVERSED,** and the case is **REMANDED** for resentencing in conformity with this opinion.

Before KRAVITCH, Circuit Judge, CLARK, Senior Circuit Judge, and PITTMAN *, Senior District Judge.

BY THE COURT:

Appellant's and appellee's joint motion for withdrawal of the September 22, 1992 opinion, published at 972 F.2d 1253, is granted.

Appellant's and appellee's joint motion for an order affirming appellant's conviction, vacating appellant's sentence and remanding for resentencing pursuant to 18 U.S.C. § 924(a)(2), with instructions that the district court not apply the provisions of 18 U.S.C. § 924(e), is granted.

Appellant's and appellee's joint motion that the appellee's petition for rehearing be denied as moot is granted.

■

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ervin Lee FRANKLIN, Defendant– Appellant.**

**No. 91–8989.**

United States Court of Appeals, Eleventh Circuit.

Oct. 13, 1993.

Paul S. Kish, Federal Defender Program, Inc., Atlanta, GA, for defendant-appellant.

John Davis, Asst. U.S. Atty., Atlanta, GA, for plaintiff-appellee.

---

* Honorable Virgil Pittman, Senior U.S. District Judge for the Southern District of Alabama, sit-

**CHABAD–LUBAVITCH OF GEORGIA, Yossi New, Rabbi, Yossi Lerman, Rabbi, Plaintiffs–Appellants,**

v.

**Zell MILLER, Governor of Georgia, Michael J. Bowers, Attorney General of Georgia, Luther Lewis, Acting Director, Georgia Building Authority, Max Cleland, Secretary of State of Georgia, Defendants–Appellees.**

**No. 92–8008.**

United States Court of Appeals, Eleventh Circuit.

Oct. 18, 1993.

ting by designation.